Frederick J. Ernst, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq., and John W. Grantham, Esq., Jefferson City, MO, for respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

Lavelle James appeals from the denial of his Rule 24.035 motion, after an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief. Rule 84.16(b).

Brock A. GRIFFITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69959.

Missouri Court of Appeals,
Western District.

Sept. 1, 2009.

Mark A. Grothoff, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

**Order**

PER CURIAM.

Brock A. Griffith appeals the motion court's judgment denying his Rule 29.15 motion in which he alleged that he received ineffective assistance of counsel. On appeal, he presents two points, in which he claims that his trial counsel was ineffective for failing to object to allegedly inadmissible testimony. We affirm pursuant to Rule 84.16(b).